

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2015

No. 04-15-00456-CR

James **GARZA**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12648A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

In a previous appeal, appellant's sentence of life without parole was set aside, and the case was remanded to the trial court for a new sentencing proceeding. The trial court held a new sentencing hearing on July 20, 2015. Garza has filed a notice of appeal and the clerk's record has been filed. The docket sheet reflects the trial court held a hearing on July 20, 2015, found Garza was seventeen years old at the time of the offense, and sentenced him to life pursuant to section 12.31(a)(1) of the Texas Penal Code. However, the record does not contain a judgment reflecting the imposition of sentence on July 20, 2015.

A written judgment signed by the trial judge is required by article 42.01 of the Texas Code of Criminal Procedure. Among other things, the judgment must reflect the sentence to be served and the date sentence was imposed. The only judgment in the clerk's record is the original judgment, which has been partially set aside.

Accordingly, we abate this appeal in order for the trial judge to sign a new judgment. We **order** the trial court clerk to file a supplemental clerk's record containing the judgment by **August 12, 2015**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2015.



Keith E. Hottle
Clerk of Court